UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | DOCKET NO. 22-CR-562 (BRM) |
| : | |
| **v.** : | SENTENCING SUBMISSION |
| : | NOTICE OF DEFENDANT |
| : | |
| **TRENT COLLIER** : | |

_____

Kindly be advised that defense counsel for TRENT COLLIER submitted sentencing materials to the Court.

Date:  MAY 13, 2025                                     Respectfully submitted,

s/ *Carol Dominguez*

Carol Dominguez
Assistant Federal Public Defender